# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 31, 2015

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX 75702



Re:  Chester Staples
v. Texas
No. 15-5847
(Your No. 12-13-00126)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 18, 2015 and placed on the docket August 31, 2015 as No. 15-5847.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst